# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                    NO. 4:00CR00260-002 WRW

ROBERT BLEDSOE, JR.

## <u>ORDER</u>

The above entitled cause came on for hearing on government's petition to revoke the supervised release [doc #116] previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of ***TWENTY-SEVEN (27) MONTHS*** in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in Texarkana, Texas; that defendant participate in residential or non-residential substance abuse treatment; and that defendant's medical needs be addressed during incarceration.

There will be ***THREE (3) YEARS*** of supervised release following the term of incarceration with the following special condition:

    1. Defendant shall participate, under the guidance and supervision
    of the U. S. Probation Officer, in a substance abuse treatment
    program which may include testing, out-patient counseling, and/or
    residential treatment. Further, defendant  shall abstain from the
    use of alcohol throughout the course of any treatment.

The defendant is remanded to the custody of the U.S. Marshal Service for transport to the designated facility to begin the service of the sentence imposed.

IT IS SO ORDERED this 2nd day of September 2009.

/s/Susan Webber Wright

United States District Judge